IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TAIYING YANG,<br><br>    Plaintiff,<br><br>    v.<br><br>SAVANNAH-CHATHAM COUNTY<br>BOARD OF EDUCATION,<br><br>    Defendant. | CIVIL ACTION NO.: 4:25-cv-164 |

## O R D E R

Before the Court is a Joint Stipulation of Dismissal, signed by Plaintiff, who is proceeding *pro se* and by counsel for Defendant, in which the parties stipulate to the dismissal of this matter with prejudice in light of a settlement between the parties. (Doc. 10.) Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been **DISMISSED with prejudice**. The Clerk of Court is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 12th day of January, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA